UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES S. ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18-cv-494- |
| | ) | |
| v. | ) | |
| | ) | |
| MENARD, INC. and | ) | |
| RORY ROBITAILLE, | ) | |
| | ) | |
| Defendants. | ) | |

## PETITION FOR REMOVAL OF ACTION

Defendant, Menard, Inc., by its counsel, and for its Petition for Removal of Action states as follows:

1. On November 14, 2017, Plaintiff filed his Complaint against Defendants Menard, Inc. and Rory Robitaille in the Boone Superior Court 1 under Cause Number 06D01-1801-CT-000047.

2. In his Complaint, Plaintiff alleges that on April 20, 2016, he was an invitee on the Menard's premises when a toilet seat fell from a display and hit him in the head and face, causing him injuries and damages.

3. As to Defendant Rory Robitaille, Plaintiff merely alleges that Mr. Robitaille was the store manager at the subject Menard's store.

4. Plaintiff alleges that he sustained damages as a result of an incident at a Menard's store.

5. Defendant Menard, Inc. is incorporated under the laws of the State of Wisconsin with its principal place of business in Eau Claire, Wisconsin.

6. Defendant, Rory Robitaille, is a citizen of the State of Indiana.

7. Plaintiff is a citizen of the State of Indiana.

8. Defendants, Menard, Inc. and Rory Robitaille, maintain that Robitaille's non-diverse residency status is not an impediment to removal of this action to federal court under the Doctrine of Fraudulent Joinder. *Conk v. Richards & O'Neil, LLP*, 77 F. Supp. 2d 956 (S.D. Ind. 1999)("Fraudulent joinder occurs either when there is no possibility that a plaintiff can state a cause of action against nondiverse defendants in state court, or there has been an outright fraud in plaintiff's pleading of jurisdictional facts.").

9. It is well established that diversity jurisdiction cannot be destroyed by joinder of nondiverse parties if such joinder is fraudulent. *Hoosier Energy Rural Elec. Coop. v. Amoco Tax Leasing IV Corp.*, 34 F.3d 1310 (7th Cir. Ct. App. 1994). A district court has authority to dismiss parties who have been fraudulently joined in an action. *Fore Invs., LLC v. Travelers Indem. Co. of Am.*, 2013 U.S. Dist. LEXIS 95890.

10. Plaintiff cannot maintain a cause of action against Defendant Rory Robitaille in his capacity as a Menard's store manager because he was not the store manager, or even employed at the subject Menard's location on the date of the alleged incident. In addition, Plaintiff does not allege any personal wrongdoing on the part of Robitaille.

11. The sole purpose of Plaintiff's inclusion of an employee that was not employed at the subject store on the date of the alleged incident is to attempt to destroy diversity of citizenship and prevent removal under 28 U.S.C. § 1332.

12. Defendants contend that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

13. Pursuant to Local Rule 81.1, Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-five Thousand Dollars

($75,000.00), exclusive of interest and costs, as Plaintiff's Complaint has an open prayer for damages and alleges that Defendant, its employee(s) and/or agent(s) breached its duty to Plaintiff causing Plaintiff to "suffer damages, including personal injury, medical expenses, physical pain, and mental suffering" and lost wages.

14. Defendant Menard, Inc. was served with Plaintiff's Complaint by service through CSC on January 17, 2018.

15. This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

16. Copies of all pleadings filed in the state court action that are in the possession of Defendant Menard, Inc. and are attached as Exhibit "A".

17. Contemporaneously herewith, written notice is being provided to all adverse parties and to the Clerk of the Boone County Superior Court that this Notice of Removal is being filed in this Court.

WHEREFORE, Defendant, Menard, Inc., prays that the entire state court action under Cause Number 06D01-1801-CT-000047 now pending in the Boone Superior Court 1 of Indiana be removed to this Court for all further proceedings.

Dated this 20th day of February, 2018.

                                                */s/ Leslie B. Pollie*
                                                Leslie B. Pollie (#25716-49)
                                                Jessica N. Hamilton (#34268-71)
                                                KOPKA PINKUS DOLIN PC
                                                550 Congressional Blvd., Suite 310
                                                Carmel, IN 46032
                                                Telephone: 317-814-4049
                                                Facsimile: 317-818-1390
                                                Email: lbpollie@kopkalaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of February, 2018, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS.

R.T. Green
Kellie C. Clark
Collin w. Green
Jennifer N. Risser
Blackburn & Green
rtgreen@blackburnandgreen.com
kclark@blackburnandgreen.com
cgreen@blackburnandgreen.com
jrisser@blackburnandgreen.com

                                            */s/ Leslie B. Pollie*

Leslie B. Pollie (#25716-49)
KOPKA PINKUS DOLIN PC
550 Congressional Blvd., Suite 310
Carmel, IN  46032
Telephone: 317-814-4049
Facsimile:  317-818-1390
Email:  lbpollie@kopkalaw.com